**MILLER v. STATE.**

No. 25391.

Court of Criminal Appeals of Texas.

Oct. 17, 1951.

No attorney for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is robbery by assault; the punishment, twelve years in the penitentiary.

There being no statement of facts or bills of exception in the record, the judgment of the trial court is affirmed.

**RANDELL v. STATE.**

No. 25396.

Court of Criminal Appeals of Texas.

Oct. 17, 1951.

No attorney on appeal.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

The offense is the possession of whisky in a container to which there was affixed no stamp showing the payment of the required tax due the State of Texas.

No bills of exception and statement of facts accompany the record. Nothing is presented for review.

The judgment is affirmed.

Opinion approved by the court.